No. 302. DE MARCOS *v.* OVERHOLSER, SUPERINTENDENT OF ST. ELIZABETHS HOSPITAL. October 13, 1941. The petition for writ of certiorari to the Court of Appeals for the District of Columbia; the motion for a supplemental record; and the motion for leave to proceed further *in forma pauperis,* are denied. *J. Ralph De Marcos, pro se.*

*Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. W. Marvin Smith* for respondent.